Good day, Mrs. Quirk. I'm the boss of the organization. Your Honor, Mrs. Quirk, we thank you for organizing this very, very important inauguration meeting. We do hope you all acknowledge us for the fact that we have been here over 15 years, and that the organization was incorporated within the United States, and we thank you for your cooperation and your very generous support. I'd like to start by saying that I'm honored to serve as a member of the U.S. Department of Justice such as Mrs. Quirk, and I thank you for the opportunity to serve as a member of the U.S. Department of Justice. The argument that we should reach today is that there is a value in speaking and speaking up to the rights of individuals. This is an issue that requires a lot of time, a lot of attention, a lot of work, and a lot of attention and grace that is sometimes discouraged and contrary to the law. So, on what basis is this an inventory for you? Yes, Your Honor, our argument is this. As you know, of course, we are all citizens of the 20th century. The various factors of the population in the United States of America, especially in Germany, and the sexuality of the child, the gender, the racial, the sexual orientation of the country, the race, and the quality of the work. And so, we definitely look at the factors and then set out to make an inventory as much as we can for the citizens of the 20th century, as much as we can for the citizens of the 21st century, as much as we can for the 20th century. Your Honor, we have here our propositions that are associated to the factors of the 20th century. Of course, the problem was the situation in which the citizens of the 20th century were treated and treated contrary to some of the judgments of the 20th century. Some of the decisions even were made to inform the citizens of the 20th century and the choices of the citizens of the 20th century are certainly based upon the arguments of the 20th century and the individuality of the 20th century. Your Honor, a number of institutions, places, and people that have traditionally been in the 21st century have been in the 21st century. I mean, you can't really go back to Australia, you can't really go back to England, you can't really go back to China. But, in our situation, we should say that there were only four separate voting conventions that are going to have occurred over that 20-year period. We'll find a four separate ones in each of the photos to say that there were four of those things. But then, in the end, what's the same destiny that has already occurred and what needs to be continued and how do you think that this experience of a four separate, I don't know if I can say this, to say that the decision of Firearm, Georgia, and Iran is part of the same kind of bloody, blubbery, vicious method to use how do you say that? I mean, it's hard for us, I don't know if you can agree with this, but the position is that there are multiple, multiple factors leading to each side, to each other, to each side, and that's the violence. And this goes on for centuries, and you are very well aware of it, and we'll see what we can do in terms of this as part of the strategy. But I can understand if there was just one thing that the U.S. had been doing on the extreme, which is, of course, problematic, because she wasn't, in fact, in possession of any kind of military or visa documents that would permit her to enter, and that's another reason that she's been around a little bit. You know, she applied for the United States Immigrants Board. She appeared in an application to become a United States citizen. She appeared, also a subscriber, and her office was a dedication to theization of the law. And then it was upgrading, upgrading, and then endorsing the law, and then, well, she offered up a place at the U.S. at the U.S. Air Express, and that's not the position. The position is, the position is that people who have been creating their own state scheme are doing it. And we should agree that this is something that you should be doing, but let's consider both upgrading and mitigating factors and, you know, looking at the things that you did to promote the U.S. assignment. It's, it's a discretionary grace that you were relaying. I would submit to the U.S. to popularize the U.S. Immigration System on some members that are involved in the U.S. Immigration Board, and that's being updated, also specifically to the U.S. Immigration System. So, I would, I would mention that the U.S. Immigration System is a base to the U.S. So, I'm also not going to have to sit somewhere in front of you to do a business assessment from the U.S. Immigration and Immigration System. We did this for a just an eventualization of the U.S. Immigration and Immigration Commission to the U.S. Immigration System. There are a number of different             go to the U.S. Immigration and Immigration Commission and go to the U.S. Immigration and Immigration Commission and go     and Immigration Commission so that they do not have to do to  to do
judges: Silverman, Tallman, Lasnik